UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X

EUGENE SIDNEY,

                      Plaintiff,

         -against-

C.O. T. Wilson,

                    Defendant.

----------------------------------------------------------X

03 Civ. 830 (VM) (HBP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/09

TO: SUPERINTENDENT OF UPSTATE CORRECTIONAL FACILITY

       Plaintiff Eugene Sidney in the above captioned action is inmate number 94-A-0600 at Upstate Correctional Facility. The trial in this action is scheduled for December 15, 2009. You are hereby ordered to permit Mr. Sidney's attorney, Eric B. Epstein of Dorsey & Whitney LLP, to communicate telephonically with Mr. Sidney without time limitation until Mr. Sidney is moved from Upstate Correctional Facility to attend trial.

                                               SO ORDERED:

                                               _____
                                             The Honorable Henry B. Pitman
                                             11-24-09